**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-01616-CMA-BNB

JONATHAN FLORES,

    Plaintiff,

v.

INTEGRITY FINANCIAL PARTNERS, INC., a Kansas corporation,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i) and the Notice of Dismissal With Prejudice (Doc. # 9), filed July 24, 2012, it is

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay his or its own attorney's fees and costs.

DATED:  July __24__, 2012

                                          BY THE COURT:

                                          */s/ Christine M. Arguello*
                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Court Judge